UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:17-cv-60542-WPD

YIZREL MELENDEZ,

    Plaintiff,

v.

BANK OF AMERICA, N.A.,

    Defendant.
_____/

## ORDER APPROVING SETTLEMENT
## AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE, having come before the Court upon the parties' Joint Motion to Approve Settlement and for Dismissal, with Prejudice, and the Court being fully advised of the premises, it is hereby,

ORDERED AND ADJUDGED that:

1. The Court has reviewed the parties' Joint Motion to Approve Settlement and for Dismissal, with Prejudice, and has also reviewed the parties' settlement agreement, and the Court concludes that said settlement agreement is fair and reasonable in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982).

2. Accordingly, the Court approves said settlement agreement.

3. The above-styled case is hereby dismissed with prejudice, all parties to bear their own attorneys' fees and costs except as provided in the settlement agreement executed by the parties; and

4. The Court shall retain jurisdiction over this case to enforce the terms and conditions of the settlement agreement executed by the parties.

5. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of April, 2018.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record